

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00004-CV

IN THE MATTER OF THE MARRIAGE OF
NANCY DODD AND JAMES COCKERHAM

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 21-1150

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

The appellant filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     March 25, 2024
Date Decided:       March 26, 2024